UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MILTON OMAR COLON and<br>ARLENE DAVIS,<br><br>　　　　Plaintiffs,<br>v.<br><br>METRO-NORTH COMMUTER RAILROAD<br>COMPANY and the METROPOLITAN<br>TRANSPORTATION AUTHORITY,<br><br>　　　　Defendants,<br>v.<br><br>UNITED ILLUMINATING COMPANY<br><br>　　　　Third Party Defendants. | CIVIL ACTION NO. 3:13-cv-00325<br><br><br>September 25, 2014 |

### DEMAND FOR JURY TRIAL

　　The undersigned Plaintiffs, Milton Omar Colon and Arlene Davis, herewith demand a trial by jury pursuant to Rule 38(b) of the Federal Rules of Civil Procedure. Plaintiffs have previously demanded a Jury Trial in Plaintiff's original Complaint and in Plaintiffs' First Amended Complaint, which Plaintiffs now demand again.

　　　　　　　　　　　　　　　　　　　FOR THE PLAINTIFFS
　　　　　　　　　　　　　　　　　　　OMAR COLON AND ARLENE DAVIS

　　　　　　　　　　　　　　　　　　　WOODLIEF & RUSH, P.A. and
　　　　　　　　　　　　　　　　　　　JOWDY & JOWDY

　　　　　　　　　　　　　　　By:　_/s/ Brian P. Rush_
　　　　　　　　　　　　　　　　　　　BRIAN P. RUSH, ESQUIRE (ct29098)
　　　　　　　　　　　　　　　　　　　3411 W. Fletcher Avenue, Suite B
　　　　　　　　　　　　　　　　　　　Tampa, Florida 33618
　　　　　　　　　　　　　　　　　　　(813) 963-1586 (Telephone)
　　　　　　　　　　　　　　　　　　　(813) 265-2041 (Facsimile)
　　　　　　　　　　　　　　　　　　　bpr.tampa@verizon.net

JOHN JOWDY, ESQUIRE
67 West Street
Danbury, CT 06810
(800) 787-0241 (Toll Free)
(203) 792-1677 (Telephone)
(203) 778-8329 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

FOR THE PLAINTIFFS
OMAR COLON AND ARLENE DAVIS

WOODLIEF & RUSH, P.A. and
JOWDY & JOWDY

By: *Brian P. Rush*
BRIAN P. RUSH, ESQUIRE (ct29098)
3411 W. Fletcher Avenue, Suite B
Tampa, Florida 33618
(813) 963-1586 (Telephone)
(813) 265-2041 (Facsimile)
bpr.tampa@verizon.net

JOHN JOWDY, ESQUIRE
67 West Street
Danbury, CT 06810
(800) 787-0241 (Toll Free)
(203) 792-1677 (Telephone)
(203) 778-8329 (Facsimile)

| | |
|---|---|
| **Beck S. Fineman, Esquire**<br>Ryan Ryan Deluca, LLP<br>707 Summer Street<br>Stamford, CT 06901<br>203-357-9200<br>Fax: 203-357-7915<br>Email: bsfineman@ryandelucalaw.com | **Charles P. Reed, Esquire**<br>Loughlin Fitzgerald, P.C.-Wallingford<br>150 South Main Street<br>Wallingford, CT 06492<br>203-265-2035<br>Fax: 203-269-3487<br>Email: creed@lflaw.com |
| **Charles A. Deluca, Esquire**<br>Ryan Ryan Deluca, LLP<br>707 Summer Street<br>Stamford, CT 06901<br>203-357-9200<br>Fax: 203-357-7915<br>Email: cdeluca@ryandelucalaw.com | **W. Glen Pierson, Esquire**<br>Loughlin Fitzgerald, P.C.- Wallingford<br>150 South Main Street<br>Wallingford, CT 06492<br>203-265-2035<br>Fax: 203-269-3487<br>Email: gpierson@lflaw.com |
| **Robert O. Hickey, Esquire**<br>707 Summer Street<br>Stamford, CT 06901<br>203-357-9200<br>Fax: 203-778-8329<br>Email: rohickey@ryandelucalaw.com | **John Jowdy, Esquire**<br>67 West Street<br>Danburry, CT 06810<br>203-792-1677<br>Fax: 203-357-7915<br>Email:johnjowdy@jowdylaw.com |

G:COLON/PLEAD-COLON/DEMAND4.JURY.TRIAL/092414