Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK Y.Gutierrez                    RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: 2____ hours 45____ minutes

DATE: 7/20/2017          START TIME: 9:35          END TIME: 12:20

LUNCH RECESS    FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:13-cv-00325-JAM

Milton Omar Colon, Arlene Davis                    Brian P Rush

                                                    Plaintiff's Counsel

                    vs

Metro-North Commuter Railroad Comp              Robert O. Hickey, Charles A. Deluca

                                                    Defendant's Counsel
                                                    Charles P. Reed

## COURTROOM MINUTES- CIVIL

☑ Motion hearing                    ☐ Show Cause Hearing
☐ Evidentiary Hearing               ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing Pretrial

☑.....#316 Motion In Limine                      ☐ granted ☐ denied ☑ advisement
☑.....#321 Motion In Limine                      ☐ granted ☑ denied ☐ advisement
☑.....#326 Motion In Limine                      ☐ granted ☑ denied ☐ advisement
☑.....#327 Motion In Limine                      ☐ granted ☑ denied ☐ advisement
☑.....#329 Motion In Limine                      ☐ granted ☐ denied ☑ advisement
☑.....#330 Motion In Limine                      ☐ granted ☑ denied ☐ advisement
☑.....#339 Motion In Limine                      ☐ granted ☑ denied ☐ advisement
☑ 345    Oral Motion In Limine                   ☐ granted ☑ denied ☐ advisement
☑ 384    Oral Motion to Use Video Deposition at Trial   ☐ granted ☐ denied ☑ advisement
☑ 397    Oral Motion for pretrial conference     ☐ granted ☐ denied ☐ advisement
☑ 398    Oral Motion In Limine                   ☐ granted ☐ denied ☐ advisement
☐..... ☐ Briefs(s) due _____ ☐ Proposed Findings due_____ Response due_____
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ Hearing continued until _____ at _____

Notes: