|  |  |
|---|---|
| HONORABLE | Jeffrey Alker Meyer |
| DEPUTY CLERK Y. Gutierrez | RPTR/ECRO/TAPE D. Huntington |

Civ-JurySel(Dec-2008)

TOTAL TIME: 2 hours 51 minutes

DATE 8/3/17    START TIME 8:40    END TIME 11:31
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

================================
Milton Omar Colon

vs.

Metro-North Commuter Railroad Co
================================

CIVIL NO. 3:13-cv-00325-JAM
§
§
§
§
§

SUPPLEMENTAL
**CIVIL JURY SELECTION/CALENDAR CALL**

Brian P Rush
_____
Plaintiffs Counsel

Robert O. Hickey
_____
Defendants Counsel

Charles P. Reed
James Efrem Ringold

- [ ] ........ [ ] Call of the Calendar held   [ ] Call of the Calendar over to _____
- [✓] ........ [✓] Jury Selection held   [ ] Jury Selection continued until _____
- [ ] ..#.. Motion _____   [ ] granted [ ] denied [ ] advisement
- [ ] ..#.. Motion _____   [ ] granted [ ] denied [ ] advisement
- [ ] ..#.. Motion _____   [ ] granted [ ] denied [ ] advisement
- [ ] ..#.. Motion _____   [ ] granted [ ] denied [ ] advisement
- [ ] ........ _____   [ ] filed [ ] docketed
- [ ] ........ _____   [ ] filed [ ] docketed
- [ ] ........ _____   [ ] filed [ ] docketed
- [ ] ........ _____   [ ] filed [ ] docketed
- [✓] ........ 20 # jurors present
- [✓] ........ Voir Dire oath administered by Clerk [ ] previously administered by Clerk
- [✓] ........ Voir Dire by Court
- [✓] ........ Peremptory challenges exercised
- [ ] ........ Jury of ___ drawn (See attached) [ ] and sworn [ ] Jury Trial commences
- [✓] ........ Remaining jurors excused
- [ ] ........ Discovery deadline set for _____
- [ ] ........ Disposition Motions due _____
- [ ] ........ Joint trial memorandum due _____
- [✓] ........ Trial continued until 8/7/2017 at 8:30 AM
- [✓] ........ COPY TO: JURY CLERK with juror lists