|  |  |
|---|---|
| HONORABLE: Jeffrey Alker Meyer | |
| DEPUTY CLERK Y. Gutierrez | RPTR/ECRO/TAPE Diana Huntington |
| TOTAL TIME: 6 hours 53 minutes | |
| DATE: 8/10/2017   START TIME: 8:37 | END TIME: 4:21 |
| LUNCH RECESS FROM: 12:14 | TO: 1:05 |
| RECESS (if more than ½ hr) FROM: | TO: |

CIVIL NO. 3:13-cv-00325-JAM

Milton Omar Colon, et al.

vs

Metro-North Commuter Railroad Company et al.

Brian P Rush
Plaintiff's Counsel

Robert O. Hickey, Charles P. Reed
Defendant's Counsel
James Efrem Ringold, Beck S. Fineman

## CIVIL JURY/COURT TRIAL

- [✓] Jury of __9__ reported. [ ] Jury sworn
- [ ] Juror # _____ excused.
- [✓] Jury Trial held [✓] Jury Trial continued until 8/11/2017 at 8:30 AM
- [ ] [ ] Court Trial begun [ ] Court Trial held [ ] Court Trial continued until _____
- [ ] Court Trial concluded [ ] DECISION RESERVED
- [ ] ....#____ Motion_____ [ ] granted [ ] denied [ ] advisement
- [ ] ....#____ Motion_____ [ ] granted [ ] denied [ ] advisement
- [ ] ....#____ Motion_____ [ ] granted [ ] denied [ ] advisement
- [ ] ....#____ Motion_____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion_____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion_____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion_____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion_____ [ ] granted [ ] denied [ ] advisement
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] Plaintiff(s) rests [ ] Defendant(s) rests
- [ ] Briefs(s) due [ ] Pltf_____ [ ] Deft_____ [ ] Reply_____
- [ ] Summations held [ ] Court's Charge to the Jury
- [ ] All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
- [ ] Jury commences deliberations at _____
- [ ] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] SEE page 2 for verdict
- [✓] COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐......... Court declares MISTRIAL

☐......... Verdict Form filed

☐......... VERDICT: _____

_____

_____

_____

☐......... Court accepts verdict and orders verdict verified and recorded

☐......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____