| | |
|---|---|
| HONORABLE: | Jeffrey Alker Meyer |
| DEPUTY CLERK | Y. Gutierrez |
| RPTR/ECRO/TAPE | Diana Huntington |
| TOTAL TIME: | 6 hours 27 minutes |
| DATE: | 8/21/2017 |
| START TIME: | 8:37 |
| END TIME: | 4:00 |
| LUNCH RECESS FROM: | 12:51 TO: 1:47 |
| RECESS (if more than ½ hr) FROM: | TO: |

CIVIL NO. 3:13-cv-00325-JAM

Milton Omar Colon, et al.

vs

Metro-North Commuter Railroad Company et al.

Brian P Rush
Plaintiff's Counsel

Robert O. Hickey, Charles P. Reed
Defendant's Counsel
James Efrem Ringold, Beck S. Fineman

## CIVIL JURY/COURT TRIAL

[✓] ........... Jury of __9__ reported. [ ] Jury sworn
[ ] ........... Juror # _____ excused.
[✓] ........... Jury Trial held [✓] Jury Trial continued until 8/22/2017 at 8:30 AM
[ ] ........... [ ] Court Trial begun [ ] Court Trial held [ ] Court Trial continued until _____
[ ] ........... Court Trial concluded [ ] DECISION RESERVED
[ ] ....#____ Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ....#____ Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ....#____ Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ....#____ Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ........... Oral Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ........... Oral Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ........... Oral Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ........... Oral Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ........... _____  [ ] filed [ ] docketed
[ ] ........... _____  [ ] filed [ ] docketed
[ ] ........... _____  [ ] filed [ ] docketed
[ ] ........... _____  [ ] filed [ ] docketed
[ ] ........... _____  [ ] filed [ ] docketed
[ ] ........... Plaintiff(s) rests  [ ] Defendant(s) rests
[ ] ........... Briefs(s) due [ ] Pltf _____ [ ] Deft _____ [ ] Reply _____
[✓] ........... [✓] Summations held [✓] Court's Charge to the Jury
[✓] ........... All full exhibits, [✓] Verdict form, [ ] Interrogatories to the jury handed to jury
[✓] ........... Jury commences deliberations at 3:30PM
[ ] ........... Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
[ ] ........... SEE page 2 for verdict
[✓] ........... COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ……… Court declares MISTRIAL

☐ ……… Verdict Form filed

☐ ……… VERDICT: _____

_____

_____

_____

_____

☐ ……… Court accepts verdict and orders verdict verified and recorded

☐ ……… Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____